**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Andrew W Citara**   JOINT DEBTOR: **Suzanne C Guyette**   CASE NO.: _____

Last Four Digits of SS# **xxx-xx-7660**   Last Four Digits of SS# **xxx-xx-1180**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ 396.00 for months **1** to **60** ;
- B. $ _____ for months ___ to ___ ;
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **1,000.00**
Balance Due $ **2,500.00** payable $ 250.00 /month (Months **1** to **10**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months _ to _)
Account No: _____   Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **110.00** /month (Months **1** to **10**).
Pay $ **360.00** /month (Months **11** to **60**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Flagstar Bank (#9075): Debtor will pay claim directly to creditor on homestead property located at 303 North M Street West Palm Beach, FL 33460. Chase Auto (#2978): Debtor will assume lease and pay claim directly to creditor on 2008 Mazda MX5. Firstar (#1628) Debtor will assume lease and pay claim directly to creditor on 2009 Mitsubishi Eclipse.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Andrew W Citara                    /s/ Suzanne C Guyette
Andrew W Citara                         Suzanne C Guyette
Debtor                                  Joint Debtor
Date: **June 23, 2011**                 Date: **June 23, 2011**

LF-31 (rev. 01/08/10)