UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                              CASE NO:        11-27552-EPK

ANDREW CITARA &
SUZANNE GUYETTE,                                        CHAPTER:        13


      Debtor(s).
_____/

**MOTION TO WAIVE THE WAGE DEDUCTION ORDER**

      COME NOW, the Debtors, ANDREW CITARA & SUZANNE GUYETTE, by and through their undersigned attorney, and file this Motion to Waive the Wage Deduction Order, and as ground state the following:

      1.      The Debtors filed the instant Chapter 13 on June 24, 2011.

      2.      The Joint Debtor, SUZANNE GUYETTE, request a waiver of the wage deduction order as she directly handles money for her employer and any order such as this may pose a potential threat to job security and may pose the potential to be laid off.

      3.      All interested parties have been notified with this Motion, and said creditors will not suffer any harm or prejudice by this Court granting the instant motion.

      WHEREFORE, the Debtors, ANDREW CITARA & SUZANNE GUYETTE, respectfully request that this Court grant the foregoing Motion to Waive the Wage Deduction Order, and enter an Order accordingly, plus any other relief that this Court deems just and proper.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida 33130 and Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355 on this 5TH day of August, 2011.

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in local Rule 910 (d) (1) and (2).

      K. DRAKE OZMENT, ESQ.
      Attorney for Debtor
      2001 Palm Beach Lakes Blvd., Suite 410
      West Palm Beach, FL 33409
      Telephone: 561/689-6789


      By:   /s/ K. Drake Ozment
           K. DRAKE OZMENT, Esq.
           FBN:    844519