UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                      CASE NO:    11-27552-EPK

ANDREW CITARA &
SUZANNE GUYETTE,                                              CHAPTER:   13

        Debtor(s)        /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Notice of Hearing on Debtor's Motion to Waive the Wage Deduction Order* served on all parties listed: Office of the U.S. Trustee, U.S., Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida  33130 and Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL  33355 in the manner indicated on Docket No.:17 was mailed on this 5th day of August, 2011.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

K. DRAKE OZMENT, ESQ.
Attorney for Debtor
2001 Palm Beach Lakes Blvd., Suite 410
West Palm Beach, Florida 33409
(561) 689-6789


By: /s/ K. Drake Ozment, Esq
       K. DRAKE OZMENT, Esq.
       FBN:    844519